IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

EUGENIO MATHIS, as Personal Representative of the
ESTATE OF EFRAIN MARTINEZ, deceased,

    Plaintiff,

vs.                                        Cause No.: 1:22-cv-00020 JCH/KRS

CENTURION CORRECTIONAL HEALTHCARE
OF NEW MEXICO, LLC, et al.
    Defendants.

### STIPULATION OF DISMISSAL WITH PREJUDICE OF INDIVIDUAL NMCD DEFENDANTS CO ARCHULETA, CO PALOMINO, CO ABATE, CO ANTHONY MARTINEZ, AND CO ORTIZ AND ALL DOE DEFENDANTS

    COME NOW the Parties through their respective counsel and pursuant to Fed. R. Civ. Proc. 41(A)(1)(b) hereby stipulate to the dismissal with prejudice of any and all claims contained in Plaintiff's Complaint in the above styled cause against Defendants CO Archuleta, CO Palomino, CO Abate, CO Anthony Martinez, and CO Ortiz and all Doe Defendants.

    The parties further aver that this Court has previously dismissed Warden John Gay and David Selvage.

SUBMITTED BY:

LAW OFFICE OF MARY T. TORRES

/s/ *Mary T. Torres*
_____
Mary T. Torres
*Attorney for NMCD Defendants*
201 Third St. NW, Suite 1950
Albuquerque, N.M. 87102
mtt@marytorreslaw.com

*AND*

By <u>   CB electronic signature 3/15/2024   by MTT        </u>
Chance A. Barnett
*Attorneys for NMCD Defendants*
6330 Riverside Plaza Lane NW, Suite 205
Albuquerque, New Mexico 87120
Phone (505) 858-3400
CBarnett@lady-justice.us


APPROVED BY:

COLLINS & COLLINS, P.C.

<u>PC by EP 05/03/2024  </u>
Parrish Collins
P.O. Box 506
Albuquerque, NM 87103
(505) 242-5958
parrish@collinsattorneys.com
*Attorney for Plaintiff*

AND


GUEBERT, GENTILE, PIAZZA & JUNKER P.C.

*EMP Electronic signature 05/03/2024*
<u>                              </u>
*Attorneys for Plaintiff:*
Elizabeth M. Piazza
Robert F. Gentile
Guebert Bruckner Gentile P.C.
P.O. Box 93880
Albuquerque, NM 87199-3880
(505) 823-2300
epiazza@guebertlaw.com
rgentile@guebertlaw.com