IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

EUGENIO MATHIS, as Personal Representative of the
ESTATE OF EFRAIN MARTINEZ, deceased,

    Plaintiff,

vs.                                                    Cause No.: 1:22-cv-00020 JCH/KRS

CENTURION CORRECTIONAL HEALTHCARE
OF NEW MEXICO, LLC, et al.
    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE OF INDIVIDUAL NMCD DEFENDANTS CO ARCHULETA, CO PALOMINO, CO ABATE, CO ANTHONY MARTINEZ, AND CO ORTIZ AND ALL DOE DEFENDANTS

**THIS MATTER** having come before the Court upon the Motion of the parties for a Stipulation of Dismissal of all claims or potential claims that have been brought or could have been brought by the Plaintiff against Defendants CO Archuleta, CO Palomino, CO Abate, CO Anthony Martinez, and CO Ortiz and all Doe Defendants in the above styled cause, the Court finds that the Stipulation of Dismissal with prejudice is well taken.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the above styled cause is hereby **DISMISSED** with prejudice in its entirety against Defendants CO Archuleta, CO Palomino, CO Abate, CO Anthony Martinez, and CO Ortiz and all Doe Defendants.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that all claims brought, or that could have been brought against Defendants CO Archuleta, CO Palomino, CO Abate, CO Anthony Martinez, and CO Ortiz and all Doe Defendants are hereby **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that each party is to bear its own costs and attorney's fees in connection with the portions of the lawsuit hereby dismissed.

_____
SENIOR UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

LAW OFFICE OF MARY T. TORRES

*/s/ Mary T. Torres*
_____
Mary T. Torres
*Attorney for NMCD Defendants*
201 Third St. NW, Suite 1950
Albuquerque, N.M. 87102
mtt@marytorreslaw.com

*AND*


By  *CB electronic signature 3/15/2024  by MTT*
Chance A. Barnett
*Attorneys for NMCD Defendants*
6330 Riverside Plaza Lane NW, Suite 205
Albuquerque, New Mexico 87120
Phone (505) 858-3400
CBarnett@lady-justice.us


APPROVED BY:

COLLINS & COLLINS, P.C.

*AC by EP 5/3/2024*
Alysan Collins
P.O. Box 506
Albuquerque, NM 87103
(505) 242-5958
alysan@collinsattorneys.com
*Attorney for Plaintiff*
AND

GUEBERT, GENTILE, PIAZZA & JUNKER P.C.

*EMP Electronic signature 5/3/2024*

_____
*Attorneys for Plaintiff:*
Elizabeth M. Piazza
Robert F. Gentile
Guebert Bruckner Gentile P.C.
P.O. Box 93880
Albuquerque, NM 87199-3880
(505) 823-2300
epiazza@guebertlaw.com
rgentile@guebertlaw.com